**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jorge Armando ALMANZA–TORRES, Defendant–Appellant.**

No. 09–40763
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 28, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Jorge Almanza–Torres pleaded guilty of having been unlawfully present in the United States. He argues on appeal, and the government concedes, that the case should be remanded for correction of clerical errors in the Statement of Reasons, which incorrectly says that the guideline range of imprisonment was based on a total offense level that included a 16–level enhancement pursuant to U.S.S.G. § 2L1.2(b)(1)(A); that the sentence im-

---

* Pursuant to 5ᴛʜ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.

**416**

posed was within the guidelines range of imprisonment; and that an upward departure or variance was not imposed. We remand solely for correction of the clerical errors in the Statement of Reasons. FED. R. CRIM. P. 36. The conviction and sentence are AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.